# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156793(57)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DWAYNE WIGFALL,
     Plaintiff-Appellant,

v

CITY OF DETROIT,
     Defendant-Appellee.

_____/

SC: 156793
COA: 333448
Wayne CC: 15-015620-NO

    On order of the Chief Justice, the motion of the Michigan County Road Commission Self-Insurance Pool to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before January 31, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk